

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **09-CV-60892-Gold-McAliley**

CANDICE E. CHRISTOPHER,
an individual,

    Plaintiff,

v.

AMERICAVEST CAPITAL MANAGEMENT, LLC,
a Florida limited liability company;
ROBERT DAMIGELLA, an individual;
and NELSON GARCIA, an individual,

    Defendants.

_____/

REC'D _____

IN THE CIRCUIT
COUNTY/COURT # _____

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendants)    **AMERICAVEST CAPITAL MANAGEMENT, LLC**

    **Registered Agent:**    **ROBERT DAMIGELLA**
    **350 East Las Olas Blvd.**
    **Ste. #960**
    **Fort Lauderdale, FL 33301**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**CASSATA & HANSON, P.L.**
320 S.E. 10th Court
Fort Lauderdale, Florida 33316
Phone:     (954) 364-7803
Facsimile:    (954) 251-4787

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**    DATE    June 16, 2009

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **09-CV-60892-Gold-McAliley**

CANDICE E. CHRISTOPHER,
an individual,

    Plaintiff,

v.

AMERICAVEST CAPITAL MANAGEMENT, LLC,
a Florida limited liability company;
ROBERT DAMIGELLA, an individual;
and NELSON GARCIA, an individual,

    Defendants.

_____/

REC'D _____

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendants)

15

**ROBERT DAMIGELLA**
350 E. Las Olas Blvd.
Ste. 960
Ft. Lauderdale, Fl. 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**CASSATA & HANSON, P.L.**
320 S.E. 10th Court
Fort Lauderdale, Florida 33316
Phone:    (954) 364-7803
Facsimile:    (954) 251-4787

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**

June 16, 2009
DATE

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

40383A



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **09-CV-60892-Gold-McAliley**

CANDICE E. CHRISTOPHER,
an individual,

    Plaintiff,

v.

AMERICAVEST CAPITAL MANAGEMENT, LLC,
a Florida limited liability company;
ROBERT DAMIGELLA, an individual;
and NELSON GARCIA, an individual,

    Defendants.
_____/

REC'D _____

IN THE CIRCUIT
COUNTY/COURT # _____

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendants)  **NELSON GARCIA**
350 E. Las Olas Blvd.
Ste. 960
Ft. Lauderdale, Fl 33301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**CASSATA & HANSON, P.L.**
320 S.E. 10th Court
Fort Lauderdale, Florida 33316
Phone:    (954) 364-7803
Facsimile:    (954) 251-4787

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

June 16, 2009
DATE

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court



40380A