UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60892-CIV-GOLD/McALILEY

**CANDICE E. CHRISTOPHER,**

       **Plaintiff,**

vs.

**AMERICAVEST CAPITAL MANAGEMENT, LLC.;**
**ROBERT DAMIGELLA and NELSON GARCIA,**

       **Defendant.**       /

### NOTICE TO PARTIES IN FLSA CASES

This Cause is before the Court upon *sua sponte* review of the record. The Court notes that this is a Fair Labor Standards Act case in which the Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, the Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g., overtime or regular) within twenty (20) days from the date this Order was signed. Plaintiff shall promptly serve a copy of this notice and the statement on Defendant's counsel when counsel for the Defendant first appears in the case, or at the time of filing said statement if counsel for the Defendant has already appeared. Defendant may file a response within fifteen (15) days of receiving service of each Plaintiff's statement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of June, 2009.

*[signature]*

**ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
**U.S. Magistrate Judge Chris McAliley**
**Counsel of record**